168 3854

Wallet # 0939-0512-2144-7

AO 442 (Rev. 12/85) Warrant for Arrest

AUSA Jennifer Gorland 313-226-9707
SA Linda Ann Martin 313-749-0932

# United States District Court

**EASTERN** DISTRICT OF **MICHIGAN-SD**

MAY 19 2009
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA
V.
JOHN JESSE AUITO

CASE **WARRANT FOR ARREST**

**Case:2:09-mj-30223**
**JOHN JESSE AUITO (LCB)**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOHN JESSE AUITO**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Theft of mail by postal employee,**

in violation of Title **18** United States Code, Section(s) **1709**

Mona K. Majzoub
Name of Issuing Officer

_(signature)_
Signature of Officer

**U. S. MAGISTRATE JUDGE**
Title of Issuing Officer

May 08, 2009 Detroit, Michigan
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DETROIT, MI |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/8/09 | LINDA ANN MARTIN | SA Linda A. Martin |
| DATE OF ARREST |  SPECIAL AGENT |  |
| 5/12/09 |  |  |

AO 442 (Rev. 12/85) Warrant for Arrest